

100 Congress Avenue, Suite 950 | Austin, Texas 78701 | 512.459.6600 Main | 512.459.6601 Fax
www.ryanlawllp.com

ACCEPTED
03-15-00113-CV
6304828
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/31/2015 10:09:25 AM
JEFFREY D. KYLE
CLERK

Doug Sigel
Partner

Direct Dial: 512.459.6611
E-Mail: Doug.Sigel@ryanlawllp.com

July 31, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/31/2015 10:09:25 AM

JEFFREY D. KYLE
Clerk

***Via Electronic Filing***

Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
209 West 14th Street, Room 101
Austin, Texas 78701

RE:  03-15-00113-CV;  *EMC Corporation v. Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas*; in the Court of Appeals for the Third Judicial District, Austin, Texas

Dear Mr. Kyle:

I'm writing to notify you that Appellant, EMC Corporation, who received an extension of time until August 27, 2015, to file a Reply brief in the above-styled matter, has elected not to file a Reply.

I appreciate your attention to this matter. Please let me know if you have any questions.

Sincerely,

Doug Sigel

cc:    Rance Craft, via email at Rance.Craft@texasattorneygeneral.gov
       Charles Eldred, via email at Charles.Eldred@texasattorneygeneral.gov